UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 14, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>GLORIA SALAS-GARCIA,<br><br>    Defendant. | Case No. 2:12-mj-00064-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release GLORIA SALAS-GARCIA, Case No. 2:12-mj-00064-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__    Release on Personal Recognizance

____    Bail Posted in the Sum of: $_____

    ____ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    ____ (Other) <u>Conditions as stated on the record.</u>

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __3/14/2012__ at __2:10 pm__

By _____
Edmund F. Brennan
United States Magistrate Judge